[No. 41761-4-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04668-4, Steven G. Scott, J., entered December 8, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Cox, JJ. Now published at 96 Wn. App. 678.


[No. 41519-1-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE R. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00315-1, Steven J. Mura, J., entered October 16, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Baker, J.


[No. 41662-6-I.    Division One.    May 24, 1999.]

ENRIQUE ROGERS LOPEZ, ET AL., *Respondents*, v. STEVEN RAY SMART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-13167-8, Sharon S. Armstrong, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Grosse, J.


[No. 41852-1-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON M. WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04250-1, Charles V. Johnson, J., entered December 10, 1997. *Dismissed* by unpublished per curiam opinion.